UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALEXIS NICOLE WRAY,

    Plaintiff,

v.                                **Case No. 3:26-cv-44-HES-MCR**

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, MAXIMUS EDUCATION, LLC,

    Defendants.

                                 /

## O R D E R

This matter is before this Court on the Parties' "Joint Stipulation of Dismissal" (Dkt. 38), where the Parties ask this Court to dismiss this action without prejudice.

Accordingly, it is **ORDERED**:

1.    Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the Parties' "Joint Stipulation of Dismissal" (Dkt. 38) is **GRANTED**, and this action is dismissed without prejudice, with each party to bear their own fees and costs; and

2.    The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this $30th$ day of

_April_ 2026.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max H. Story, Esq.
James Franklin Tyler, Esq.
Maria Helena Ruiz, Esq.
Charlotte A. Long, Esq.
Ritika Singh, Esq.
Nicholas Steven Agnello, Esq.